

**U.S. Department of Justice**

*United States Attorney's Office
District of Delaware*

---

Nemours Building                                    (302) 573-6277
1007 N. Orange Street, Suite 700          FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

May 29, 2007

The Honorable Sue L. Robinson
Chief United States District Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801

Re:    **United States v. Collin Worth
Criminal Action No. 91-58-SLR**

Dear Judge Robinson:

As requested, the parties have drafted a proposed Order of Unconditional Release.  A copy is enclosed for the Court's review.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY:  *Beth Moskow-Schnoll*

Beth Moskow-Schnoll
Assistant United States Attorney

cc:  Edson Bostic, Esq.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,       :
                                :
                    Plaintiff   :
                                :
        v.                      :       Criminal Action No. 91-58-SLR
                                :
COLLIN WORTH,                   :
                                :
                    Defendant.  :

### ORDER OF UNCONDITIONAL RELEASE

**AND NOW**, this _____ day of _____, 2007, having considered the Annual Update

of the Mental Health Department, Federal Medical Center, Butner, North Carolina, dated

October 23, 2006, which finds that the Acquittee is and has been psychiatrically stable since his

admission to the Medical Center in 2001 and which recommends that the Acquittee be "released

unconditionally, so that he is able to proceed with further processing of the active charges that

await him" in this District, and neither the Acquittee nor the Government having any objection to

the unconditional release, **IT IS HEREBY ORDERED** that the Acquittee is unconditionally

released from the Federal Medical Center, Butner, North Carolina.


                              _____
                              Honorable Sue L. Robinson
                              Chief United States District Judge
                              District of Delaware