IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Criminal Action No. 91-58-SLR |
| COLLIN WORTH, | : | |
| Defendant. | : | |

## ORDER OF UNCONDITIONAL RELEASE

AND NOW, this 30th day of May, 2007, having considered the Annual Update of the Mental Health Department, Federal Medical Center, Butner, North Carolina, dated October 23, 2006, which finds that the Acquittee is and has been psychiatrically stable since his admission to the Medical Center in 2001 and which recommends that the Acquittee be "released unconditionally, so that he is able to proceed with further processing of the active charges that await him" in this District, and neither the Acquittee nor the Government having any objection to the unconditional release, **IT IS HEREBY ORDERED** that the Acquittee is unconditionally released from the Federal Medical Center, Butner, North Carolina.

_____
Honorable Sue L. Robinson
Chief United States District Judge
District of Delaware